# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00524-CV

**In re Marilyn and Robert DuVon**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The relators and the real party in interest have filed a joint motion to dismiss this proceeding as moot.  We grant the motion and dismiss this petition for writ of mandamus.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Filed:   October 15, 2009